Case 1:24-mj-00115-MAU   Document 1-1

Case: 1:24-mj-00115
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 03/27/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On March 20, 2024, the United States Parole Commission issued a warrant for the arrest of Kharris Akinola for six violations of Mr. Akinola's supervised release.

On March 25, 2024, at approximately 7:55 a.m., Deputy United States Marshals (DUSMs) Kapnek, Chan, Batelli, Graves, Aigle, Lee, Dugan, Woodson, and Knutson were in the area of 4th Street Southwest in Washington, D.C. attempting to locate Mr. Akinola. Mr. Akinola was on GPS monitoring through Court Services and Offender Supervision Agency (CSOSA) so the DUSMs knew that he was in the area.

At approximately 7:55 a.m., the DUSMs observed an individual exit the front door of 1454 4th Street Southwest, Washington, D.C. The individual was wearing all-black hooded sweatshirt and sweatpants. The DUSMs were able to positively identify the individual as Mr. Akinola. After exiting the residence, Mr. Akinola walked through the parking lot in front of the residence with his keys in his hand.

After confirming that the individual was Mr. Akinola, at approximately 7:57 a.m., the DUSMs, wearing plainclothes with United States Marshals Service-issued vests marked with "POLICE" and "U.S. Marshal" insignia on the front and rear of the vest, approached Mr. Akinola and placed him under arrest pursuant to the Parole Commission warrant.

The DUSMs conducted a search incident to arrest and when they lifted Mr. Akinola's hooded sweatshirt, the DUSMs found a firearm in Mr. Akinola's waistband. DUSM Lee recovered the firearm. The recovered firearm has parts from multiple Glock firearms. The frame is from a Glock 17 bearing serial number FPB753 (which was reported stolen through Alexandria, Virginia). The slide is from a Glock 22 with serial number BLD588 and the barrel has the serial number BLD833. The firearm was loaded with a 22 round extended magazine, containing 20 rounds. There was one round of ammunition in the chamber. Attached to the firearm was a suspected "giggle switch" which allows the firearm to function as a fully automatic weapon. The weapon and ammunition are depicted in *Figure 1*.

*Figure 1*



No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

Mr. Kharris Akinola has been convicted of offenses punishable by terms of imprisonment greater than one year. Specifically, in D.C. Superior Court Case No. 2019 CF2 013106, Mr. Akinola was convicted of Unlawful Possession of a Firearm and sentenced to fourteen months incarceration. In D.C. Superior Court Case No. 2019 CF3 001281, Mr. Akinola was convicted of Burglary Two and sentenced to fourteen months incarceration. The sentences in these two cases ran consecutively. Therefore, Mr. Akinola was aware of the fact that he had been convicted of offenses punishable by terms of imprisonment greater than one year.

Respectfully Submitted,

_____
Special Agent Jeffrey Kraus,
Bureau of Alcohol, Tobacco, and Firearms

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 27, 2024.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE